INTERNATIONAL NUTRITION
COMPANY, Plaintiff–
Appellant,

v.

INTERHEALTH NUTRITIONALS,
INC., Defendant–Appellee,

and

Natrol, Inc., General Nutrition, Inc.,
and Horphag Research, Ltd.,
Defendants–Appellees,

and

Nat–Trop, Defendant–Appellee,

and

Melaleuca, Inc., Defendant–Appellee.

No. 01–1165.

United States Court of Appeals,
Federal Circuit.

Aug. 10, 2001.

ON MOTION

ORDER

Natrol, Inc., General Nutrition, Inc., and
Horphag Research, Ltd. move to lift the
stay of proceedings in this appeal and to
dismiss this appeal, due to this court's
recent decision in *International Nutrition
Company v. Horphag Research, Ltd.*, 257
F.3d 1324, 2001 WL 792987 (Fed.Cir. July
16, 2001). Natrol et al. state that the
motions are unopposed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to lift the stay is grant-
ed.

(2) The motion to dismiss is granted.